United States Courts
Southern District of Texas
FILED
*October 17, 2023*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. L-23-CR- 1250 |
| § | |
| DYLAN SMITH § | DS |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **September 22, 2023**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**DYLAN SMITH,**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

### COUNT TWO

On or about **September 22, 2023**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**DYLAN SMITH,**

knowing and in reckless disregard of the fact that LORENA ISABEL CARRIDO-OSORIO, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of

commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
Bryan L. Oliver
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

**LAREDO DIVISION**  NO. **L-23-CR- 1250**

FILE: 23-06047    MAG#: 23-01813
<u>INDICTMENT</u>    Filed: <u>October 17, 2023</u>    Judge: **DS**

UNITED STATES OF AMERICA

ATTORNEYS:

VS.

<u>ALAMDAR S. HAMDANI, USA</u>
<u>BRYAN L. OLIVER, AUSA</u>

**DYLAN SMITH**

**CHARGES:**

Count 1:  Conspiracy to transport an undocumented alien within the United States
[8 USC 1324 (a)(1)(A)(ii) and (v)(I)]

Count 2:  Transport and Attempt to transport an undocumented alien within the United States for financial gain
[8 USC 1324(a)(1)(A)(ii)]

**TOTAL COUNTS: 2**

**PENALTY:**
Counts 1-2:   0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release [Each Count]